PATRICK FORD, APPELLANT, *v.* THE BROOKLYN GAS-LIGHT COMPANY, RESPONDENT.

*Chap.* 311 *of the Laws of* 1859.

APPEAL from a judgment of the County Court of Kings county, and from an order denying a new trial.

The action was brought in the Justice's Court of the city of Brooklyn, for damages for cutting off plaintiff's gas, and resulted in a judgment for the plaintiff for $150. On appeal to the County Court a new trial was had, on which the plaintiff's complaint was dismissed. The plaintiff made a deposit of fifteen dollars with defendant, October, 1872. A bill for gas was rendered 11th January, 1873, by which it appeared that plaintiff was consuming gas at the rate of forty-five dollars per month. Plaintiff was requested to pay the bill, and also to increase the amount of his deposit. The

* See 2 Hun, 115, for decision on the appeal.

request was repeated, January thirteenth, and being refused, the gas was cut off. The court was of opinion that chapter 311, of the Laws of 1859, authorized the act of the defendant, and affirmed the judgment, with costs.

*T. O'Connor,* for the appellant.

*Winchester Britton,* for the respondent.

Opinion by TAPPEN, J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

BARNARD, P. J., dissented.

Judgment affirmed, with costs.